

**KAREN BERRY**

*District Clerk, Milam County*

102 South Fannin • Suite 5
Cameron, Texas 76520

Office: 254-697-7052
Fax: 254-697-7056

January 14, 2015

Jeff Kyle
Clerk of Court of Appeals
Third District of Texas
PO Box 12547
Austin, Texas 78711-2547

In Re: Style: 2004 Dodge Ram 1500 TX LP #CPL1988; 2000 Buick TX LP #CV1N817
v. The State of Texas

Court of Appeals Number: 03-14-00704-CV
Trial Court Cause Number: CV36,279

Mr. Kyle,

The attached letter dated December 30, 2014, was sent to the District Attorney of Milam County and Court Reporter of Milam County. The letter referenced contesting the affidavit of indigence filed by Appellant in above named and numbered cause no later than January 9, 2015. As of this date, our office has not received a response.

Please contact our office if you should have any questions.

Sincerely,

Karen Berry
District Clerk
Milam County, Texas

Encl.

CC: W.W. Torrey, County and District Attorney, 204 N. Central, Cameron, TX 76520
Angela Ralston, Court Reporter, 102 S. Fannin, Cameron, Texas 76520
Ross Watson, Attorney at Law, PO Box 888, Cameron, Texas 76520
Case File



## CINDY FECHNER
### District Clerk, Milam County

102 South Fannin • Suite 5
Cameron, Texas 76520

Office: 254-697-7052
Fax: 254-697-7056

December 30, 2014


Mr. Paul Motz
Assistant District Attorney
Milam County
204 N. Central
Cameron, Texas 76520

Mr. Bill Torrey
County & District Attorney
Milam County
204 N. Central
Cameron, Texas 76520

Ms. Angela Ralston
Court Reporter
20th Judicial District
102 S. Fannin, Ste. 4
Cameron, Texas 76520


In Re: Case No. 03-14-00704-CV
        Trial Court No. CV36,279

Style: 2004 Dodge Ram 1500 TX LP #CPL1988, et al


Please be advised that the appellant has filed an affidavit of indigence on the above numbered and styled case. The deadline to file a contest to the affidavit will be by January 9, 2015.

*Cindy Fechner*

Cindy Fechner
District Clerk
Milam County, Texas

CC: Benton Ross Watson, Attorney at Law, P.O. Box 888, Cameron, Texas 76520

CC: Case file



**COPY**